IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID C. CLIFTON,

    Petitioner,

vs.

STATE OF CALIFORNIA, et al.,

    Respondents.

No. C 13-01273 YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On March 21, 2013, Petitioner filed the present *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He also filed an *in forma pauperis* application. However, he did not use the correct *in forma pauperis* application form, and he did not file copies of the Certificate of Funds and prisoner trust account statement.

On the same date, the Clerk of the Court sent a notification to Petitioner informing him that his action could not go forward until he either paid the fee or submitted the correct *in forma pauperis* application form along with copies of the Certificate of Funds and prisoner trust account statement within twenty-eight days. Petitioner was also informed that the failure to pay the filing fee or file the requisite documents within the twenty-eight-day deadline shall result in dismissal of this action.

More than twenty-eight days have passed, and Petitioner has not paid the filing fee or filed the requisite documents.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. Petitioner's *in forma pauperis* application is DENIED as incomplete. The Clerk shall enter judgment, terminate all pending motions, and close the file.

This Order terminates Docket no. 2.

IT IS SO ORDERED.

DATED: April 29, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\CR.13\Clifton1273.DISIFP.wpd